612

*Dickerman Williams* for petitioners. *Solicitor General Hughes, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, John Henry McEvers, Mahlon D. Kiefer,* and *W. Marvin Smith* for respondents. ▮

No. 527. BANK OF CHINA ET AL. *v.* McDONNELL, ASSIGNEE, ET AL. January 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Frank E. Hinckley* and *Henry M. Campbell* for petitioners. *Messrs. Alfred Sutro* and *Cornell S. Franklin* for respondents. ▮

No. 534. EMLENTON REFINING Co. *v.* CHAMBERS. January 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. David A. Reed* for petitioner. *Mr. J. T. Manning, Jr.,* for respondent. ▮

No. 167. HANOVER FIRE INS. Co. *v.* SPECKTOR ET AL. See *ante,* p. 92A.

No. 503. HANNA, EXECUTOR, *v.* UNITED STATES. January 27, 1930. Petition for writ of certiorari to the Court of Claims denied. *Mr. Heber Smith* for petitioner. *Solicitor General Hughes,* and *Messrs. Claude R. Branch, Andrew D. Sharpe, Charles F. Kincheloe, Fred K. Dyar,* and *W. Marvin Smith* for the United States. ▮

No. 519. GANDARA *v.* UNITED STATES. January 27, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Edward*